# EXHIBIT 3



From: FS-Eastern Region S&PF Grants ███████████████
Sent: Friday, January 31, 2025 10:46 AM
To: Greg Tisher <███████████████>
Subject: Automatic reply: [External Email]24-DG-11094200-064 Interim Grant Progress Report for 7/1/2024-12/31/2024

Hello!

Thank you for your message. **Please be patient until we receive more clarity and direction about OMB Memo M-25-13. An update will be provided when that guidance is received. We appreciate your patience and**

*understanding.*
*---------*

*The USFS Region 9, State, Private and Tribal Forestry Grants Management Office has received your email. To allow our Grants Inbox staff to focus attention on processing emails, **please allow this email to serve as your initial notification of receipt.***

*For those items requiring additional information, please see below for the estimated response timeframes.  Please be aware that during our heavy reporting periods (before/after March 31, June 30, September 30, and December 31), responses may be slower than projected.*

*Thank you very much for your understanding as we endeavor to adapt to our constantly changing program of work.  We appreciate your patience and will do our best to ensure the most expedient processing of your item or request.*

*__Items requiring follow-up communication from our Inbox or Specialists:__*

- *__New Award / Modification Packages:__  If your email contained a new award or a modification package**, you will receive an email within 5-7 business days**, sharing with you the name of the Grants Management Specialist tasked with processing your award or modification, and in the case of a new award, the assigned Federal Assistance Identification Number (24-XX-11094200-XXX).*

- *__Questions/Requests for Information:__  If your email contained a question or otherwise required a response, **you will receive an email within 2-4 business days**, either addressing your question, or alerting you to whom your question was assigned.*

- *__Interim or Final Reports:__  If your email contained interim or final reports (financial or progress/performance), **you will not receive an additional email.**  Please accept this email as your sole acknowledgement of receipt. However, **if there were issues with your submissions, you will receive a follow-up email within 5-10 business days**, requesting corrections and/or other information.*

- *__Courtesy Notifications re: SF-270 Forms:__  If your email contained a SF-270 Form, please ensure that SF-270 was also delivered to the Albuquerque Service Center (ASC) at the following address: SM.FS.asc_ga@usda.gov.  Although we will file any SF-270 Forms received in the relevant award case file, SF-270s must be submitted to the ASC to be processed.  Our office does not have the ability to process invoices or payments.  If we do not see that the ASC was included in the email, **you will receive a follow-up email within 5-10 business days,** reminding you to submit the SF-270 to ASC if not previously submitted.*

*Thank you!*
*USFS Region 9, State, Private and Tribal Forestry Grants Management Team*

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.