# EXHIBIT 4

---------- Forwarded message ---------
From: **Garrison, Nicholas - RD, DE**
Date: Tue, Feb 4, 2025 at 9:56 AM
Subject: RE: [External Email]Re: USDA FY24 REAP Award – Butterbee Farm
To: Butterbee Farm <                         >
Cc: Weaver, Bruce - RD, DE                        Katie Jester

Good morning,

I looked in our system and the payment for the recent reimbursement was rejected. This is due to the recent executive orders issued under the Trump Administration. We will need to wait and see if the hold will be lifted, for now we cannot process the reimbursement.

Nicholas Garrison
State Office Specialist

Rural Development | Business and Cooperative Team
Delaware – Maryland State Office



Rural Development