AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Butterbee Farm, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00737-RC |
| United States Department of Agriculture, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Butterbee Farm, Cultivate KC, Faith in Place, GreenLatinos, Hendrix Farm, One Acre Farm, Red Fire Farm, and Two Boots Farm.

Date: 03/17/2025

/s/ Mary Prothero
*Attorney's signature*

Mary (Molly) Prothero, DC Bar No. 1779237
*Printed name and bar number*

1001 G St. NW
Suite 1000
Washington, DC 20001
*Address*

mprothero@earthjustice.org
*E-mail address*

(202) 770-3974
*Telephone number*

*FAX number*