# EXHIBIT 3



| External Sender |
|---|

---------- Forwarded message ---------
From: **Kennedy, Bart (Van Hollen)** <Bart_Kennedy@vanhollen.senate.gov>
Date: Wed, Mar 5, 2025 at 12:02 PM
Subject: USDA RD - REAP Funding Freeze
To: ███████████████████████████████████, Elisa Lane ███████████████, Amelia Hazen ████████████████████, Michael Protas ██████████████████

Hi Laura, Michael, Elisa,

In response to an update request this morning from Elisa about the REAP funding freeze, I followed up with USDA RD Congressional Affairs asking for a timeline as to when the funds would be released.

The response I received wasn't encouraging:

**Subject: RE: FY24 REAP Award - Two Boots Farm**

Good morning Bart,

Currently, the Rural Energy for Rural America Program (REAP) Guaranteed Loan and Grant Status is as follows:

- *Applications for REAP guaranteed loan and grant funding re-authorized and appropriated under the 2018 Farm Bill are being processed and awarded under standard operating procedures.*

- *The Agency has not utilized Inflation Reduction Act (IRA) funding to guarantee REAP loans.*

- *The FY 2025 grant funding cycles for REAP IRA grants closed December 31, 2024, and states are continuing to process applications that were received by that date.*

- *New financial assistance obligations for REAP IRA grants are temporary paused per OMB Memo M-25-13.*

- *Disbursements for previously obligated REAP IRA grants are paused until the Agency verifies that awarded projects align with the law and the policy outlined in section 2 of Executive Order 14154.*

- *There are approximately 6,000 REAP IRA grant awards from FYs 2023-2025 that are paused and being reviewed for compliance with Executive Order 14154.*

I haven't been contacted by any other FY23-FY24 REAP award recipients.  I've asked USDA RD Congressional Affairs to provide me a list of REAP award recipients from MD for those years whose funding is in hold.

In the meantime,  are you aware of others? If so, please direct my way.

Bart Kennedy

Office of Senator Chris Van Hollen

Symphony Center

1040 Park Ave., Suite 120

Baltimore, MD 21201

667-212-4610

Bart_kennedy@vanhollen.senate.gov

www.vanhollen.senate.gov


--
Elisa Lane
*Owner, Two Boots Farm*



PS: Did you know we have a newsletter? People often tell us how valuable our emails are and how much they enjoy them.  Find out why!

Ways to show your love for our small farm:
1. Visit us at our farmers market or pop up events.
2. Give us a 5 star review!
3. Tell a friend about us if they want local flowers for everyday or a special event.