UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CULTIVATE KC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Civil Action No. 25-0737 (RC) |

## <u>ANSWER</u>

Defendants Department of Agriculture, Secretary Brooke Rollins, and President Donald J. Trump, by and through the undersigned counsel, respectfully respond as follows to the separately numbered paragraphs and prayer for relief in Plaintiffs Cultivate KC, Faith in Place, Foodshed Alliance, GreenLatinos, Hope for Small Farm Sustainability, Hendrix Farm, Red Fire Farm, and Two Boots Farm's Amended Complaint, ECF No. 15, in this case under the Administrative Procedure Act, 5 U.S.C. § 704. Any allegations not specifically admitted, denied, or otherwise responded to below are denied. To the extent the Amended Complaint refers to or quotes from external documents, statutes, or other sources, Defendants may refer to such materials for their complete and accurate contents, but such references are not intended to be, and should not be construed as, an admission that the cited materials are (1) correctly cited or quoted by Plaintiffs, (2) relevant to this, or any other, action, or (3) admissible in this, or any other, action. For ease of reference, this Answer replicates the headings in the Amended Complaint. While Defendants believe such headings require no response, to the extent a response is deemed required and those headings and titles could be construed to contain factual allegations, those allegations are denied.

1.      This paragraph consists of Plaintiffs' characterization of this suit and the relief requested, which requires no response. To the extent a response is required, Defendants deny that Plaintiffs are entitled to the relief requested or any relief whatsoever.

2.      This paragraph consists of Plaintiffs' characterization of an Act of Congress, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the Act for a complete and accurate statement of its contents and deny any allegations inconsistent therewith.

3.      Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

4.      This paragraph consists of Plaintiffs' characterization of an Executive Order, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the Order for a complete and accurate statement of its contents and deny any allegations inconsistent therewith.

5.      This paragraph consists of legal conclusions, which require no response.

6.      This paragraph consists of legal conclusions, which require no response.

7.      Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

8.      This paragraph consists of Plaintiffs' characterization of the relief requested, which requires no response. To the extent a response is required, Defendants deny that Plaintiffs are entitled to the relief requested or any relief whatsoever.

## JURISDICTION AND VENUE

9.      This paragraph consists of legal conclusions, which require no response.

10.     This paragraph consists of legal conclusions, which require no response.

## PARTIES

### Plaintiffs

11.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

12.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

13.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

14.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

15.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

16.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

17.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

18.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

### Defendants

19.    Admitted.

20.    Admitted.

21.    Admitted.

**BACKGROUND**

22.     This paragraph consists of Plaintiffs' characterization of an Act of Congress, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the Act for a complete and accurate statement of its contents and deny any allegations inconsistent therewith.

23.     This paragraph consists of Plaintiffs' characterization of an Act of Congress, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the Act for a complete and accurate statement of its contents and deny any allegations inconsistent therewith.

24.     Denied.

25.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

26.     This paragraph consists of Plaintiffs' characterization of an Executive Order, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the Order for a complete and accurate statement of its contents and deny any allegations inconsistent therewith.

27.     This paragraph consists of Plaintiffs' characterization of an Executive Order, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the Order for a complete and accurate statement of its contents and deny any allegations inconsistent therewith.

28.     This paragraph consists of Plaintiffs' characterization of a memorandum, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to

the memorandum for a complete and accurate statement of its contents and deny any allegations inconsistent therewith.

29.     This paragraph consists of Plaintiffs' characterization of emails, which speak for themselves and are the best evidence of their contents. Defendants respectfully refer the Court to the emails for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

30.     This paragraph consists of Plaintiffs' characterization of a document, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the document for a complete and accurate statement of its contents and deny any allegations inconsistent therewith.

31.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

32.     Admitted.

33.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

## PLAINTIFFS' INJURIES

34.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

35.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

36.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

37.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

38.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

39.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

40.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

41.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

42.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

43.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

44.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

## CLAIMS FOR RELIEF

### Claim One –Separation of Powers

### Nonstatutory Review and *Ultra Vires* Action

### (Against All Defendants)

45.    Defendants reallege and reincorporate as if fully set forth herein their responses to the prior paragraphs.

46.    This paragraph consists of legal conclusions, which require no response.

47.    This paragraph consists of legal conclusions, which require no response.

48.    This paragraph consists of legal conclusions, which require no response.

49.    This paragraph consists of legal conclusions, which require no response.

50.    This paragraph consists of legal conclusions, which require no response.

51.    This paragraph consists of legal conclusions, which require no response.

52.    This paragraph consists of legal conclusions, which require no response. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

53.    This paragraph consists of legal conclusions, which require no response.

## Claim Two – Violation of Take Care Clause

## (Against All Defendants)

54.    This paragraph consists of legal conclusions, which require no response.

55.    This paragraph consists of legal conclusions, which require no response.

56.    This paragraph consists of legal conclusions, which require no response.

57.    This paragraph consists of legal conclusions, which require no response.

58.    This paragraph consists of legal conclusions, which require no response. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

59.    This paragraph consists of legal conclusions, which require no response.

## Claim Three – Violation of Administrative Procedure Act

## Contrary to Law and in Excess of Statutory Authority

## (Against Agency Defendants)

60.    This paragraph consists of legal conclusions, which require no response.

61.    This paragraph consists of legal conclusions, which require no response.

62.    This paragraph consists of legal conclusions, which require no response.

63.    This paragraph consists of legal conclusions, which require no response.

64.    This paragraph consists of legal conclusions, which require no response.

65.    This paragraph consists of legal conclusions, which require no response.

66.    This paragraph consists of legal conclusions, which require no response.

**<u>Claim Four – Violation of Administrative Procedure Act</u>**

**<u>Arbitrary and Capricious</u>**

**<u>(Against Agency Defendants)</u>**

67.    This paragraph consists of legal conclusions, which require no response.

68.    This paragraph consists of legal conclusions, which require no response.

69.    This paragraph consists of legal conclusions, which require no response.

70.    This paragraph consists of legal conclusions, which require no response.

71.    This paragraph consists of legal conclusions, which require no response.

**PRAYER FOR RELIEF**

The remainder of the Amended Complaint consists of Plaintiffs' request for relief, which requires no response. To the extent a response is required, Defendants deny that Plaintiffs are entitled to the relief requested or any relief whatsoever.

*      *      *

In further response to the Amended Complaint, Defendants raise the following defenses. Defendants respectfully request and reserve the right to amend, alter, and supplement the defenses in this Answer as the facts and circumstances giving rise to the Amended Complaint become known to Defendants throughout the course of this litigation.

<u>First Defense</u>

Sovereign immunity bars a portion of Plaintiffs' requested relief.

<u>Second Defense</u>

Defendants' decision was the product of reasoned decision making, supported by record evidence, and consistent with the law.

<u>Third Defense</u>

Plaintiffs are neither eligible for nor entitled to attorneys' fees or costs.

Dated: June 2, 2025                     Respectfully submitted,

                                        JEANINE FERRIS PIRRO
                                        United States Attorney

                                        By: /s/_____
                                            BRADLEY G. SILVERMAN
                                            D.C. Bar #1531664
                                            Assistant United States Attorney
                                            601 D Street NW
                                            Washington, DC 20530
                                            (202) 252-2575
                                            bradley.silverman@usdoj.gov

                                        *Attorneys for the United States of America*