UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CULTIVATE KC, et al.,

    Plaintiffs,

v.

DEPARTMENT OF AGRICULTURE et al.,

    Defendants.

Civil Action No. 25-0737 (RC)

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (June 2, 2025), Plaintiffs Cultivate KC, Faith in Place, Foodshed Alliance, GreenLatinos, Hope for Small Farm Sustainability, Hendrix Farm, Red Fire Farm, and Two Boots Farm and Defendants Department of Agriculture, Secretary Brooke Rollins, and President Donald J. Trump, by and through the undersigned counsel, respectfully propose that this Court enter the following schedule to govern further proceedings:

| Filing | Date |
|---|---|
| Plaintiffs' Motion for Summary Judgment | July 18, 2025 |
| Defendants' Response and Cross-Motion | August 18, 2025 |
| Plaintiffs' Reply and Cross-Response | September 1, 2025 |
| Defendants' Cross-Reply | September 15, 2025 |

\*    \*    \*

| | |
|---|---|
| Dated: June 16, 2025 | Respectfully submitted, |
| /s/ Hana V. Vizcarra<br>Hana V. Vizcarra (D.C. Bar No. 1011750)<br>Deena Tumeh (D.C. Bar No. 1741543)<br>Mary (Molly) Prothero (D.C. Bar No. 1779237)*<br>EARTHJUSTICE<br>1001 G Street NW, Suite 1000<br>Washington, D.C. 20001<br>(202) 667-4500<br>hvizcarra@earthjustice.org<br>dtumeh@earthjustice.org<br>mprothero@earthjustice.org<br><br>*Attorneys for Plaintiffs* | JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By: /s/<br>    BRADLEY G. SILVERMAN<br>    Assistant United States Attorney<br>    D.C. Bar #1531664<br>    601 D Street NW<br>    Washington, DC 20530<br>    (202) 252-2575<br>    bradley.silverman@usdoj.gov<br><br>*Attorneys for the United States of America* |