## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CULTIVATE KC, et al.,<br>                        *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE, et al.,<br>                        *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 1:25-cv-00737-RC |

### <u>PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT</u>

Plaintiffs Cultivate KC, Faith in Place, Foodshed Alliance, GreenLatinos, HOPE for

Small Farm Sustainability, Hendrix Farm, Red Fire Farm, and Two Boots Farm (collectively,

Plaintiffs), pursuant to Federal Rule of Civil Procedure 56, respectfully move this Court for an

order entering summary judgment for Plaintiffs in the above-captioned matter. In support of this

motion, Plaintiffs submit the attached memorandum of law and accompanying exhibits. Plaintiffs

also attach a proposed order. Pursuant to Local Rule 7(f), Plaintiffs further request that the Court

schedule an oral hearing as soon as possible after this motion is fully briefed.

Dated: July 18, 2025                Respectfully submitted,

                                  */s/ Hana V. Vizcarra*
                                  Hana V. Vizcarra (D.C. Bar No. 1011750)
                                  Carrie Apfel (D.C. Bar No. 974342)
                                    Deena Tumeh (D.C. Bar No. 1741543)
                                    Molly Prothero (D.C. Bar No. 1779237)
                                    EARTHJUSTICE
                                    1001 G Street NW, Suite 1000
                                    Washington, DC 20001
                                    (202) 667-4500
                                    hvizcarra@earthjustice.org
                                    capfel@earthjustice.org
                                    dtumeh@earthjustice.org
                                    mprothero@earthjustice.org