**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CULTIVATE KC, et al.,<br>　　　　*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br>　　　　*Defendants*. | Civil Action No. 1:25-cv-00737-RC |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Summary Judgment and the memorandum and exhibits in support thereof, the Court **GRANTS** Plaintiffs' motion and hereby:

1. Declares Section 7 of the *Unleashing American Energy* Executive Order and the USDA's indefinite freeze of funds appropriated by the Inflation Reduction Act unlawful;

2. Vacates the USDA's freeze of Inflation Reduction Act programs; and

3. Permanently enjoins Agency Defendants from implementing and maintaining the IRA freeze, or giving effect to, or reinstating it under a different name, and from delaying future payments to Plaintiffs of funds to which they are entitled.

4. Further orders USDA to release any currently frozen funds appropriated under the Inflation Reduction Act.

The court retains jurisdiction to ensure compliance with this order and grants Plaintiffs costs, including attorney's fees.

Dated: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS