UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CULTIVATE KC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Civil Action No. 25-0737 (RC) |

## DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants Department of Agriculture, Secretary Brooke Rollins, and President Donald J. Trump, by and through the undersigned counsel, respectfully cross-move for summary judgment. A memorandum of points and authorities in support and proposed order are attached.

Dated: August 17, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:      */s/ Bradley G. Silverman*
BRADLEY G. SILVERMAN, D.C. Bar #1531664
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*