UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CULTIVATE KC, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DEPARTMENT OF AGRICULTURE, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-0737 (RC) |

### CONSENT MOTION TO MODIFY BRIEFING SCHEDULE

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Department of Agriculture, Secretary Brooke Rollins, and President Donald J. Trump, by and through the undersigned counsel, respectfully move to modify the briefing schedule in this case as follows:

| Filing | Date |
|---|---|
| Plaintiffs' Reply and Cross-Response | September 26, 2025 |
| Defendants' Cross-Reply | October 24, 2025 |

Pursuant to Local Civil Rule 7(m), the undersigned has conferred with counsel for Plaintiffs, who consent to the relief requested. A proposed order is attached.

Good cause to grant the relief requested exists. Another Assistant U.S. Attorney soon will be representing Defendants in this matter. The requested extension would give that attorney time to review and come up to speed on this case. Defendants remain under a preliminary injunction in the District of Rhode Island with respect to the freeze of grant funds, and Plaintiffs reserve their right to move to modify the briefing schedule should that preliminary injunction be lifted.

Dated: August 25, 2025                Respectfully submitted,

                                              JEANINE FERRIS PIRRO
                                              United States Attorney

By:    */s/ Bradley G. Silverman*
       BRADLEY G. SILVERMAN, D.C. Bar #1531664
       Assistant United States Attorney
       601 D Street, NW
       Washington, DC 20530
       (202) 252-2575
       bradley.silverman@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CULTIVATE KC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF AGRICULTURE, et al.,<br><br>    Defendants. | Civil Action No. 25-0737 (RC) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' consent motion to modify briefing schedule, and for good cause shown, it is hereby

ORDERED that Defendants' motion is GRANTED,

ORDERED that the following schedule shall govern further briefing in this case:

| Filing | Date |
|---|---|
| Plaintiffs' Reply and Cross-Response | September 26, 2025 |
| Defendants' Cross-Reply | October 24, 2025 |

SO ORDERED.

_____                    _____
Date                                                            RUDOLPH CONTRERAS
                                                                      United States District Judge