UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CULTIVATE KC, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF AGRICULTURE, et al.,<br><br>      Defendants. | Civil Action No. 25-0737 (RC) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Dimitar P. Georgiev and remove the appearance of Bradley Silverman, as counsel for the federal defendants.

Dated: September 11, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    */s/ Dimitar P. Georgiev*
     Dimitar P. Georgiev, D.C. Bar #1735756
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252 – 7678

*Attorneys for the United States of America*