UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CULTIVATE KC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Civil Action No. 25-0737 (RC) |

**CONSENT MOTION TO MODIFY BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs Cultivate KC, Faith in Place, Foodshed Alliance, GreenLatinos, HOPE for Small Farm Sustainability, Hendrix Farm, Red Fire Farm, and Two Boots Farm, by and through the undersigned counsel, respectfully move to modify the briefing schedule in this case as follows:

| **Filing** | **Date** |
|---|---|
| Plaintiffs' Reply and Cross-Response | October 10, 2025 |
| Defendants' Cross-Reply | November 13, 2025 |

Pursuant to Local Civil Rule 7(m), the undersigned has conferred with counsel for Defendants, who consent to the relief requested. A proposed order is attached.

Good cause to grant the relief requested exists as developments in unrelated matters on which Plaintiffs' lead attorneys are staffed resulted in overlapping deadlines in recent weeks for appellate filings, emergency motion briefing, and comprehensive regulatory filings.

Dated: September 24, 2025          Respectfully submitted,

*/s/ Hana V. Vizcarra*
Hana V. Vizcarra (D.C. Bar No. 1011750)
Carrie Apfel (D.C. Bar No. 974342)
Deena Tumeh (D.C. Bar No. 1741543)
Molly Prothero (D.C. Bar No. 1779237)
EARTHJUSTICE
1001 G Street NW, Suite 1000
Washington, DC 20001
(202) 667-4500
hvizcarra@earthjustice.org
capfel@earthjustice.org
dtumeh@earthjustice.org
mprothero@earthjustice.org

*Attorneys for Plaintiffs*