**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CULTIVATE KC, et al.,** | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No. 25-0737 (RC)** |
| **DEPARTMENT OF AGRICULTURE, et al.,** | |
| **Defendants.** | |

**UNOPPOSED MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE**
**CLAIMS OF CULTIVATE KC, HOPE FOR SFS, FOODSHED ALLIANCE,**
**HENDRIX FARM, AND TWO BOOTS FARM**

Pursuant to Fed. R. Civ. P. 41, Plaintiffs Cultivate KC, Hope for SFS, and Foodshed

Alliance hereby move to voluntarily dismiss without prejudice their claims in this matter related

to their Increase Land, Capital, and Markets Access Program grants.[1] This voluntary dismissal

without prejudice is appropriate because USDA recently terminated these grants and thus, they

are no longer frozen and no longer fall within the scope of the present litigation.

Likewise, Plaintiff Hendrix Farm moves to voluntarily dismiss without prejudice its

claims because its grant was likewise terminated and thus no longer falls within the scope of the

present litigation.

Finally, Two Boots Farm also moves to voluntarily dismiss its claims because it has

completed its grant and thus, the claims it raised in this case are now moot.

---

[1] Cultivate KC currently has claims related to two separate grants. Through this motion, it moves to voluntarily dismiss only its Increasing Land, Capital, and Markets Access Program claim. It will continue to litigate its separate and distinct Conservation Technical Assistance grant claims in this litigation.

1

Voluntary dismissal without prejudice will not materially prejudice the rights of other parties. The remaining plaintiffs do not oppose this motion.

Pursuant to Local Rule of Civil Procedure 7(m), counsel for Plaintiffs conferred with Counsel for Defendants, and they consent to the dismissal without prejudice of the relevant claims.

DATED: May 19, 2026

Respectfully submitted,

*/s/ Hana V. Vizcarra*
Hana V. Vizcarra (D.C. Bar No. 1011750)
Carrie Apfel (D.C. Bar No. 974342)
Deena Tumeh (D.C. Bar No. 1741543)
EARTHJUSTICE
1250 I Street NW, 4th Floor
Washington, DC 20005
(202) 667-4500
hvizcarra@earthjustice.org
capfel@earthjustice.org
dtumeh@earthjustice.org

*Attorneys for Plaintiffs*